JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT KIRKWOOD, | ) | Case No. CV 12-2779-MMM (DTB) |
| Petitioner, | ) | |
| vs. | ) | J U D G M E N T |
| TIM VIRGA, WARDEN, | ) | |
| Respondents. | ) | |

In accordance with the Order re Summary Dismissal of Action filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: April 30, 2012

*[signature: Margaret M. Morrow]*

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

1