JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KIRKWOOD,<br><br>               Petitioner,<br>     vs.<br>TIM VIRGA, WARDEN,<br><br>               Respondents. | Case No. CV 12-2779-MMM (DTB)<br><br>J U D G M E N T |

    In accordance with the Order re Summary Dismissal of Action filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED:    September 4, 2012

                                                      MARGARET M. MORROW<br>                                                    UNITED STATES DISTRICT JUDGE