JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT KIRKWOOD,

               Petitioner,

    vs.

ELVIN VALENZUELA,
Warden,

             Respondent.

) Case No. CV 12-2779-MMM (DTB)
)
)
) **J U D G M E N T**
)
)
)
)
)
)
)

      Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.


DATED:  October 31, 2013

                                  _____
                               MARGARET M. MORROW
                               UNITED STATES DISTRICT JUDGE